140 Grand Street, Suite 705, White Plains, New York 10601
t 914.686.1500 · f 914.487.5000 · www.yankwitt.com

White Plains, NY
Atlantic City, NJ

January 29, 2026

**MEMO ENDORSED**

**Via ECF**

Honorable Jessica G.L. Clarke
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> **Re:** ***3086 Purchase LLC v. The Town/Village of Harrison, et al.,***
> **No. 7:25-cv-9917-JGLC**

Dear Judge Clarke:

Yankwitt LLP and Keane & Beane P.C. represent Defendant Old Oaks Country Club, Inc. ("Old Oaks") in the above captioned case.  We submit this letter jointly with Plaintiff 3086 Purchase LLC, and defendants the Town/Village of Harrison, Andrea Rendo, and Rocco Germani (the "Town Defendants") to respectfully request that the Court so-order the proposed briefing schedule for Defendants' anticipated motions made pursuant to Rule 12.[1]

By way of background, Plaintiff filed the instant complaint on November 26, 2025.  (Dkt. No. 1).   On December 4, 2025, counsel for Old Oaks agreed to accept service of the complaint, thereby setting February 2, 2026 as the time to file and serve an answer or motion under Rule 12.  (Dkt. No. 20).  The Town Defendants were served on December 3, 2025 (Dkt. Nos. 15-19), and thereafter, the Court granted the Town Defendants' request to extend the time to answer to January 21, 2026 (Dkt. No. 26).  On January 21, 2026, the Town Defendants filed their answer to the complaint.  (Dkt. No. 29).

On January 26, 2026, the parties met and conferred pursuant to Rule 26(f)(1).  During the meet and confer, Old Oaks advised Plaintiff that it would be filing a motion to dismiss pursuant to Rule 12(b)(6), and the Town Defendants advised Plaintiff they would be filing a motion for judgment on the pleadings pursuant to Rule 12(c).  In the interest of judicial economy and to avoid duplicative briefing, the parties propose consolidating the briefing for these motions as follows:

- Defendants' Motions:  February 13, 2026
- Plaintiff's Opposition:  March 13, 2026
- Defendants' Replies:  March 27, 2026

Accordingly, the parties respectfully request that the Court so-order the proposed briefing schedule.  The parties will separately file the Civil Case Management Plan and Scheduling Order and the five-page joint letter by the February 17, 2026 deadline.  Except as discussed herein, the

---

[1] The proposed briefing schedule is not intended to modify the requirements regarding motions to dismiss, set forth in the Court's Individual Rules and Practices in Civil Cases, ¶ 4(e).



parties have not previously sought an extension of time to file Rule 12 motions.  The next conference in this case, which is the initial pretrial conference, is scheduled for February 24, 2026, at 12:00 P.M.

We thank the Court for its attention to this matter.

Respectfully submitted,

YANKWITT LLP

By: _____
Russell M. Yankwitt
Jason M. Swergold
*Counsel for Old Oaks Country Club, Inc.*

cc:    All counsel

Application GRANTED. The deadlines for the Rule 12 briefing are adopted as set forth above. The Clerk of Court is directed to terminate ECF No. 30.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: January 30, 2026
        White Plains, New York