UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

3086 PURCHASE LLC,

                              Plaintiff,

              -against-

THE TOWN / VILLAGE OF HARRISON, et al.,

                              Defendants.

25-CV-9917 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

Having reviewed the parties' submission regarding Defendants' motion to stay (ECF No. 43), the Court DENIES a stay of discovery. Pursuant to Federal Rule of Civil Procedure 26(c), a district court may stay discovery for "good cause." Fed. R. Civ. P. 26(c). The filing of a motion to dismiss does not automatically stay discovery. Instead, "when a motion to dismiss is pending, courts typically consider several factors in determining whether to stay discovery, including: (1) whether a defendant has made a strong showing that the plaintiff's claim is unmeritorious, (2) the breadth of discovery and the burden of responding to it, and (3) the risk of unfair prejudice to the party opposing the stay." *Am. Fed'n of Musicians & Employers' Pension Fund v. Atl. Recording Corp.,* No. 1:15-CV-6267 (GHW), 2016 WL 2641122, at *1 (S.D.N.Y. Jan. 8, 2016) (cleaned up).

Here, Defendants have not demonstrated any particular burden in responding to discovery, and Plaintiff has not demonstrated a particular risk of unfair prejudice. Although Defendants have filed a potentially meritorious motion, it is difficult to fully assess without Plaintiff's opposition, which has yet to be filed. Because these factors do not establish good cause for a stay, the Court denies Defendants' request. The Clerk of Court is directed to terminate ECF No. 43.

Dated:  February 26, 2026
         White Plains, New York

SO ORDERED.

_____
JESSICA G. L. CLARKE
United States District Judge