quinn emanuel trial lawyers | new york
295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

September 14, 2026

MEMO ENDORSED

**VIA ECF**
Hon. Victoria Reznik
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re: *3086 Purchase LLC v. The Town/Village of Harrison et al.*, No. 7:25-cv-09917-JGLC-VR (S.D.N.Y.)

Dear Judge Reznik,

Plaintiff 3086 Purchase LLC ("Plaintiff") respectfully submits this letter, pursuant to Rule 5(b) of Your Honor's Individual Rules, seeking leave to file two exhibits provisionally under seal in connection with its letter motion to compel to be filed as ECF No. 110. Plaintiff's letter motion to compel attaches two documents that Defendant Town of Harrison has currently designated as confidential. Although the parties still have not yet entered into a protective order because the Town has not signed it, Plaintiff, out of an abundance of caution, seeks leave to file the two exhibits under seal in light of the Town's confidentiality designations. The Court has previously granted Plaintiff's request for leave to provisionally file documents under seal that Defendants designated as confidential. *See* ECF No. 75; ECF No. 87 (Memo Endorsement). For the same reasons, Plaintiff respectfully requests that the Court provisionally permit the sealing of the documents that the Town has designated as confidential. Plaintiff reserves all rights to move to de-designate Defendants' confidentiality designations and to oppose any request by Defendants to maintain under seal the purportedly confidential information.

Respectfully submitted,

Maaren A. Shah

*Attorney for 3086 Purchase LLC*

The Court is unable to determine the context and substance of what is redacted in Plaintiff's filings at ECF Nos. 110-2 and 110-3. The exhibits filed under seal contain no corresponding unredacted version for the Court to compare. Thus, Plaintiff's request to file the documents under seal is **DENIED with leave to renew**.

The Clerk of Court is kindly directed to close the gavel associated with ECF No. 109.

cc: Eric Leon (Latham & Watkins LLP)
Benjamin Naftalis (Latham & Watkins LLP)
Tyler Halloran (Latham & Watkins LLP)

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.

Dated: 9/15/2026