USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/22/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**3086 Purchase LLC,**
Plaintiffs,

-against-

**Town/Village of Harrison, et al.,**
Defendant.

-----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

***7:25-cv-9917 JGLC-VR***

**VICTORIA REZNIK, United States Magistrate Judge:**

A Conference (via telephone) to discuss the discovery issues raised in **ECF Nos. 111, 116–19, and 121** is hereby scheduled for **September 30, 2026 at 10:30 am.** The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference.

**SO ORDERED.**

DATED: White Plains, New York
September 22, 2026

VICTORIA REZNIK
United States Magistrate Judge