USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/6/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

**3086 Purchase,**

Plaintiffs,

-against-

**Town of Harrison, et al.,**

Defendant.

---------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

***7:25-cv-9917 JGLC-VR***

**VICTORIA REZNIK, United States Magistrate Judge:**

A Status Conference (via telephone) is hereby scheduled for **November 20, 2026, at 10:30 am.** The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference. At the Status Conference, the parties should be prepared to discuss the following: **The parties should be prepared to discuss the disputes raised in ECF No. 129.**

**SO ORDERED.**

DATED: White Plains, New York
November 6, 2026

VICTORIA REZNIK
United States Magistrate Judge